| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Moncla Companies Payroll 2016, L.L.C. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | 20-50723 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Evan and Jennifer Blanchard<br>c/o Joseph Kopfler<br>Kopfler & Herman, L.C.<br>7910 Main Street, Suite 400<br>Houma, LA 70361 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Civil Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Galloway & Jefcoat<br>Thomas R. Galloway, Jr.<br>P.O. Box 61550<br>Lafayette, LA 70596 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Civil Litigation and attorney fees/costs | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Henry v Moncla Marine, et al<br>c/o Marcus Spagnoletti<br>Spagnoletti Law Firm<br>401 Louisiana Street, 8th Floor<br>Houston, TX 77002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Civil Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Jarvis Breaux<br>c/o Thomas R. Galloway, Jr.<br>Galloway & Jefcoat<br>P.O. Box 61550<br>Lafayette, LA 70596 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Civil Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Moncla Companies Payroll 2016, L.L.C. | Case number (if known) | 20-50723 |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Jason Alan Weaver
Thomas Galloway, Jr.
Galloway & Jefcoat
P.O. Box 61550
Lafayette, LA 70596

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | Unknown
John Wayne Hardy
Thomas R. Galloway, Jr.
P.O. Box 61550
Lafayette, LA 70596

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | Unknown
Kopler & Herman, L.C.
c/o Joseph Kopfler
7910 Main Street, Suite 400
Houma, LA 70361

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation and attorney fees/costs

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $0.00
Law Offices of Robert E. Birtel
3900 Causeway Blvd., Suite 650
Metairie, LA 70002

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation and attorney fees/costs

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | Unknown
Liberty Mutal Insurance Company
c/o Paul M. Elvir
Law Offices of Robert E. Birtel
3900 Causeway Blvd., Suite 650
Metairie, LA 70002

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | Unknown
Mudd, Bruchhaus & Keating, LLC
Matthew P. Keating
422 E College Street, Suite B
Lake Charles, LA 70605

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | Unknown
Soutwest Energy Partners, LLC
c/o Matthew P. Keating
Mudd, Bruchhaus & Keating, LLC
422 E College Street, Suite B
Lake Charles, LA 70605

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Moncla Companies Payroll 2016, L.L.C. | Case number (if known) | 20-50723 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Spagnoletti Law<br>Marcus R. Spagnolette<br>401 Louisiana Street, 8th Floor<br>Houston, TX 77002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Civil Litigation | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |